IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02314-BNB

MATTHEW JOSEPH SUND,

    Plaintiff,

v.

[NO DEFENDANT NAMED],

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 2 8 2010

GREGORY C. LANGHAM
                  CLERK

## ORDER OF DISMISSAL AND DENYING MOTION TO DISMISS

Plaintiff, Matthew Joseph Sund, who is confined at the Utah State Hospital in Provo, Utah, initiated this action by filing *pro se* a letter to the Court apparently seeking some relief. In an order filed on September 21, 2010, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Sund to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Sund to file a Prisoner Complaint and either to pay the filing fee or to file a properly supported motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Mr. Sund was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

On October 15, 2010, Mr. Sund filed an unsigned document titled "Motion to Dismiss" in which he states that he seeks dismissal of this action on the grounds of diplomatic immunity. However, Mr. Sund has not cured any of the deficiencies in this action because he has not filed a Prisoner Complaint and he has failed either to pay the

filing fee or to file a properly supported motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Plaintiff failed to cure the deficiencies as directed. It is

FURTHER ORDERED that the Motion to Dismiss (Doc. # 3), filed on October 15, 2010, is denied as moot.

DATED at Denver, Colorado, this 27th day of October, 2010.

BY THE COURT:

_Christine M. Arguello_
CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02314-BNB

Matthew Joseph Sund
Utah State Hospital
Forensics Unit 4
P.O. Box 270
1300 E. Center Street
Provo, UT 84603-0270

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 10/28/10

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk